168 P.3d 606

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

### September 21, 2007

| | | |
|---|---|---|
| 26989 | State v. Akau | Affirmed |

### September 24, 2007

| | | |
|---|---|---|
| 27954 | State v. Bayly | Affirmed |
| 28062 | State v. Fontes | Affirmed |
| 27649 | Thompson v. State | Affirmed |

### September 27, 2007

| | | |
|---|---|---|
| 27081 | Acker v. State | Affirmed, Vacated and Remanded |
| 26369 | Capua v. Weyerhaeuser Co. | Affirmed |
| 28009 | State v. Emch | Affirmed |
| 27873 | State v. Fagaragan | Affirmed |
| 28088 | State v. Piimauna | Affirmed |

### September 28, 2007

| | | |
|---|---|---|
| 26718 | Borges v. Department of Water Supply of County of Hawai'i | Affirmed |
| 27805 | Hauge v. State | Affirmed |
| 27308 | Lutu v. Oahu Transit Services, Inc. | Affirmed |
| 27296 | State v. Peeler | Affirmed |

### October 4, 2007

| | | |
|---|---|---|
| 27091 | Cooper v. Liberty Mut. Ins. Co. | Affirmed |